**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| **REBBECCA L. REED,** | § § | **Case No. 16-cv-1351** |
| **Plaintiff** | § § | |
| -v- | § § | **HONORABLE PAUL L. MALONEY** |
| | § § | |
| **KEY 2 RECOVERY, INC.** | § § | |
| **Defendant.** | § | |
| _____/ | | |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

     IT IS HEREBY STIPULATED AND AGREED by the parties and/or their respective counsel that the above captioned matter is voluntarily dismissed, with prejudice against the defendant pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs.


___/s/_____        __/s/_____
Jeffrey D. Mapes, Attorney for Plaintiff        David B. Shaver, Attorney for Defendant
Jeffrey D. Mapes, PLC                            Surdyk, Dowd & Turner Co., LPA
29 Pearl St. NW, Ste. 305                        8163 Old Yankee St., Ste. C
Grand Rapids, MI 49503                           Dayton, OH 45458
(616) 719-3847                                   (937) 222-2333


Dated:_8/4/2017___                               Dated: __8/4/2017_____